137 A.3d 1193

IN THE MATTER OF JOHN A. KLAMO, AN ATTORNEY
AT LAW (ATTORNEY NO. 009161982).

June 15, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–167 and DRB 15–168 concluding that **JOHN A. KLAMO** of **CHERRY HILL,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.2 (failure to abide by a client's decision about the scope and objectives of the representation), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOHN A. KLAMO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.